No. 73–5578. ELLINGBURG *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–5581. SCOTT *v.* CROCKER, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied.

No. 73–5618. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. .

No. 73–5624. HAZZARD *v.* SOCIAL SECURITY ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–5683. WILLIAMS *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 73–5696. KREAGER *v.* GENERAL ELECTRIC CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–5697. SCHENK *v.* GRAY, WARDEN. C. A. 7th Cir. Certiorari denied. .

No. 73–5698. LETBEDDER *v.* GEORGIA. Ct. App. Ga. Certiorari denied. 

No. 73–5706. WATKINS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–5707. OLIVER *v.* HARRISON COUNTY CLERK, MARSHALL, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 73–5712. CHAVEZ *v.* McCARTHY, WARDEN. C. A. 9th Cir. Certiorari denied. 
██

No. 73–5718. LODDY *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 73–5738. BLAIR *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.